Petition12C – Rev. 11/14

FILED ___ LODGED
RECEIVED ___ COPY
MAY 4 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## for
## Arizona
### Petition for Warrant


SEALED

| | |
|---|---|
| Name of Offender: | Jemara Akil Butler          Case No.: CR-06-00811-002-TUC-CKJ (DTF) |
| Name of Judicial Officer: | The Honorable Cindy K. Jorgenson<br>United States District Judge |
| Date of Original Sentence: | 2/9/2009 |
| Original Offense: | Count 1: Conspiracy to Commit Offenses Against the United States, 18 U.S.C. § 371, a Class D Felony offense; Counts 2 through 7 and 10 through 12: Production of False and Fraudulent Identification Documents, Aiding and Abetting, 18 U.S.C.§ 1028(a)(1), (c)(3), and 2, Class B Felony offenses; Count 13: Possession With Intent to Use Unlawfully Five or More False and Fraudulent Identification Documents, 18 U.S.C. § 1028(a)(3) and (c)(3), a Class B Felony; and Counts 15, 17, 19 through 26, and 28 through 47, Fraud by Wire, Radio or Television, Aiding or Abetting, 18 U.S.C. § 1343 and 2, Class B Felonies. |
| Original Sentence: | Count 1: 60 months Bureau of Prisons and 36 months supervised release, Counts 2 through 7 and 10 through 12, 13, 15, 17, 19 through 26, and 28 through 47: 97 months Bureau of Prisons, 60 months supervised release, all counts to run concurrently as to custody time and supervision time |
| Type of Supervision: | **Supervised Release**          Date Supervision Commenced: 2/27/2015<br>                                                 Date Supervision Expires: 2/26/2020 |
| Assistant U.S. Attorney: | **Angela M. Martinez**         Defense Attorney: **Philip Kimble**<br>520-620-7300                                              520-323-2070 |

Petitioning the Court to issue a Warrant.

The probation officer alleges Jemara Akil Butler has violated the following condition(s) of supervision:

| Allegation | Nature of Noncompliance |
|---|---|
| A | **Standard Condition #5** which states, *"You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within* |

Angela Martinez, PO, USPO

Copies Distributed

*72 hours of becoming aware of a change or expected change."*

On November 28, 2016, Butler signed General Order 16-23, indicating he understood the requirement to report a change in residence and the established timelines to report that information. On January 2, 2017, Butler reported his address to the undersigned via email and electronic monthly reports as 9931 E. Skyward Way, Tucson, Arizona 85730. He reported he was living in the home of Bridget Carney and her daughter Desiree Flemings. On April 25, 2017, Bridget Carney reported to the undersigned Butler moved out of her home on April 11, 2017. Butler failed to report his change of address 10 days prior to moving, nor did he provide the change of within 72 hours if advanced notice was not possible. Grade C violation. §7B1.1(a)(3)

B     **Special Condition #2** which states, *"You shall provide the probation officer access to any requested financial information."*

On April 11, 2017, Butler was directed, in writing, to complete a monthly cash flow and net worth statement and provide all supporting documents to the probation office by the close of business on April 26, 2017. Butler was provided written instructions for submittal of the requested financial documents on April 11, 2017. On April 17, 2017, he was again provided a copy of his signed written implementation. Butler failed to submit the requested financial information to the probation office by the close of business on April 26, 2017. Grade C violation. §7B1.1(a)(3)

C     **Special Condition #4** which states, *"You shall pay the remaining balance of the $72,308.47 restitution at a rate of not less than $1,305.00 per month beginning 30 days after your release from the Bureau of Prisons." That amount was reduced to $300.00 per month on October 18, 2016 to commence on November 30, 2016."*

On October 18, 2016, Butler was ordered by the Court to pay monthly restitution payments in the amount of $300.00 commencing on November 30, 2016. On November 28, 2016, he was provided a copy of General Order 16-23 which included his special conditions and the order to pay restitution in the amount of $300.00 monthly beginning on November 30, 2016, he signed the document to confirm his understanding of the conditions and he was provided a copy. Butler made a payment of $10.00 on December 9, 2016, January 5, 2017, February 3, 2017, and March 6, 2017. Butler has failed to make the $300.00 payment due on November 30, 2016, and for the months of December 2016, January, February and March 2017. This allegation is evidenced by a report from the Offender Payment Enhanced Report Access. Grade C violation. §7B1.1(a)(3)

Page 3
RE: Jemara Akil Butler
Petition to Revoke
May 2, 2017

**U.S. Probation Officer Recommendation and Justification**

Jemara Akil Butler has violated the trust of the Court. A warrant is recommended as Jemara Akil Butler will likely not appear on a summons as evidenced by the multiple warrants issued while he was supervised by Pretrial Services.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge:

| | |
|---|---|
| *[signature]* | 5/2/2017 |
| Corinne Encinas | Date |
| U.S. Probation Officer | |
| Office: 520-205-4480 | |
| Cell: 520-780-6765 | |

| | |
|---|---|
| *[signature]* | 5/2/2017 |
| Debra A. Winchester | Date |
| Supervisory U.S. Probation Officer | |
| Office: 520-205-4498 | |
| Cell: 520-861-2930 | |

The Court Orders

☐ No Action

☒ The Issuance of a Warrant

☐ The Issuance of a Summons

☐ Other

_____     5-4-17
The Honorable Cindy K. Jorgenson        Date
United States District Judge