UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>vs.<br><br>JEMARA AKIL BUTLER<br><br>               Defendant. | CR 06-00811-001-TUC-CKJ(DTF)<br><br>MAGISTRATE JUDGE'S<br>FINDINGS AND RECOMMENDATION<br>UPON EVIDENTIARY HEARING |

Upon the evidence presented at the Evidentiary Hearing held on September 21 & 28, 2017 before Magistrate Judge Ferraro in regards to the allegation(s) that Jemara Akil Butler violated the conditions of ☐ probation or ☒ supervised release this matter was referred to the Magistrate Judge by the District Court, with the written consents of the Defendant, counsel for the Defendant, and counsel for the United States.

The matter came before the Court on September 21, 2017 & September 28, 2017 in regards to the ☐ probation or ☒ supervised release Violation Petition, before Magistrate Judge Ferraro, in open court and on the record.

In consideration of that hearing and the testimony heard under oath on the record and in the presence of counsel, and the remarks of the Assistant United States Attorney,

    (A)   I FIND as follows:

        (1)   that Defendant did violate a condition of supervised release.

        (2)   that Defendant understands his/her right to an evidentiary hearing.

        (3)   that Defendant understands the sentencing options the Court may impose as a result of this court's findings;

        (4)   that Defendant understands the nature of the allegation(s) against him/her;

        (5)   that Defendant is found to have violated allegation(s) __B & C__; remaining counts dismissed.

CR 06-00811-TUC-CKJ(DTF) , pg. 2

    (6)    that there is a factual basis for this court's findings;

    (7)    that it is agreed that remaining violations in the petition will be dismissed at sentencing;

and further,

(B) I RECOMMEND that the District Court accept this court's finding(s) that the defendant has violated allegations B & C as outlined in the superseding petition to revoke supervised release.

DATED: 09/28/2017 .

UNITED STATES MAGISTRATE JUDGE