# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Jemara Akil Butler** | No.  CR-06-00811-002-TUC-CKJ (DTF)<br><br>**JUDGMENT AND COMMITMENT**<br>**REVOCATION OF SUPERVISED RELEASE**<br><br>Philip Kimble, CJA Appointed<br>Attorney for Defendant |

USM#: 19329-208

On 2/11/2009 the defendant, present with counsel, appeared for sentencing for violating, Title 18, U.S.C. §371, Conspiracy to Commit Offenses Against the United States, Class D Felony offense, as charged in Count 1 of the Third Superseding Indictment; Title 18, U.S.C. §1028(a)(1), (c)(3), and 2, Production of False and Fraudulent Identification Documents, Aiding and Abetting, Class B Felony offense, as charged in Counts 2-7 & 10-12 of the Third Superseding Indictment; Title 18, U.S.C. §1028(a)(3) and (c)(3), Possession With Intent to Use Unlawfully Five or More False and Fraudulent Identification Documents, Class B Felony offense, as charged in Count 13 of the Third Superseding Indictment; Title 18, U.S.C. §1343 and 2, Fraud by Wire, Radio or Television, Aiding and Abetting, Class B Felony offense, as charged in Counts 15-17, 19-26, and 28-47 of the Third Superseding Indictment.

The defendant was sentenced to a term of **SIXTY (60) MONTHS** on Count 1 and **NINETY SEVEN (97) MONTHS** on Counts 2 -7, 10 -12, 3, 15, 17,19 - 26, and 28 - 47 with said Counts to run concurrently with credit for time served. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **THIRTY SIX (36) MONTHS** on Count 1 and **SIXTY (60) MONTHS** on Counts 2 - 7, 10 - 12, 13, 15, 17, 19-26, and 28–47 with said Counts to run concurrently.

On 6/6/2017 the United States Probation Office filed a petition to revoke the term of supervised release.

On 9/28/2017 the defendant appeared with counsel for an evidentiary hearing before Magistrate Judge Ferraro. The Court finds the defendant did violate allegations B & C as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

CR-06-00811-002-TUC-CKJ (DTF)                                                               Page 2 of 3
USA vs. Jemara Akil Butler

**IT IS ORDERED** that the term of supervised release imposed on 2/11/2009 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **SEVEN (7) MONTHS** plus 44 days of official detention adjustment on each Count to run concurrently and upon release, **TWENTY-FOUR (24) MONTHS** of supervised release on Count 1 and **FIFTY (50) MONTHS** of supervised release on Counts 2-7,10-12, 13, 15, 17, 19-26, and 28-47, with said Counts to run concurrently.

**IT IS FURTHER ORDERED** that all remaining allegations are dismissed.

## SPECIAL CONDITIONS

In addition to the mandatory and standard conditions of supervised release pursuant to General Order 17-18, the defendant shall also comply with the following special conditions:

1) You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.
2) You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.
3) You are prohibited from making major purchases, incurring new financial obligations, or entering into any financial contracts without the prior approval of the probation officer.
4) You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a 12-step based halfway house, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer. You must follow all rules and regulations. You must contribute to programming costs in an amount determined by the probation officer.
5) You must not contact the following victim(s), and the probation officer will verify compliance.
6) You must pay $300 per month on the remaining balance of $55,598.85 restitution beginning 30 days after your release from custody.

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

**THE DEFENDANT IS ADVISED OF DEFENDANT'S RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

The Court orders commitment to the custody of the Bureau of Prisons.

CR-06-00811-002-TUC-CKJ (DTF)  Page 3 of 3
USA vs. Jemara Akil Butler

Date of Imposition of Sentence:  **Friday, October 27, 2017**

_____  Dated this 27th day of October, 2017.
Honorable Cindy K. Jorgenson
United States District Judge